937 F.2d 598
 Quaranta (Dr. Anthony V.)
v.
Dover General Hospital, St. Clarke's Hosp., Riverside Hosp.,
Burt (Dr. Donald), Palace (Dr. Fred), Cleveland (Dr. I.M.),
Wichman (Dr. Adolph, Dr. Heinz), Floriani (Dr. Lawrence),
Weierman (Dr. Robert), Kummel (Dr. Bertram), Sheppard (Dr.
Thomas), Schreiber (Dr. I.), Hudacek (Dr. Andrew), Morris
County Medical Society, Albano (Dr. Edwin), Wilsusen (Nurse)
 NO. 90-5821
 United States Court of Appeals,
Third Circuit.
 JUN 24, 1991
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.